UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR 420 098 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g) |
| | ) | Possession of Firearm by |
| DENNIS OKEEFE HARRIS | ) | Prohibited Person |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about January 1st, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**DENNIS OKEEFE HARRIS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a Taurus Pistol, Model 709 Slim, which had been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).



## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for purposes of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count One of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the commission of the offense, including but not limited to a Taurus Pistol, Model 709 Slim, SN: TLM77187 and six 9mm rounds of ammunition.

A True Bill.

_____

_____          _____
Bobby L. Christine                                                    Darron J. Hubbard
United States Attorney                                             Special Assistant United States Attorney

_____          _____
Karl Knoche                                                              Joseph P. McCool*
Chief, Criminal Division                                          Assistant United States Attorney
Assistant United States Attorney

*Co-lead Counsel